IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-cv-00626-M

LATOYA PHILLIPS, )
)
Plaintiff, )
)
v. ) **ORDER**
)
WAKEMED, )
)
Defendant. )

This matter comes before the court on Defendant's consent motion to stay discovery pending resolution of Defendant's motion for judgment on the pleadings, which was filed on January 22, 2021. [DE-17] For good cause shown, Defendant's motion is GRANTED. All further proceedings in this case are hereby STAYED until the court rules upon Defendant's motion for judgment on the pleadings.

SO ORDERED this the 8th day of February, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE