IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-cv-00626-M

LATOYA PHILLIPS,

    Plaintiff,

v.

WAKEMED,

    Defendant.

**ORDER**

This matter comes before the court on Plaintiff's motion seeking the court's leave to file exhibits 1–25 to her complaint with redactions. [DE-19] Plaintiff asserts that the she has redacted "protected personal identifying information" within the meaning of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA")[1] from the proposed exhibits [DE-19-1], and a cursory review of the proposed exhibits appears to confirm that Plaintiff has redacted such information therefrom. Plaintiff also notes that Defendant has communicated that it does not object to the proposed exhibits' public filing. [DE-19] For good cause shown, then, the court GRANTS Plaintiff's motion.

SO ORDERED this the _3d_ day of _March_, 2021.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See* 45 C.F.R. § 160.103 (defining protected "Health information").

1